UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA D DOWLING.,<br>Plaintiff,<br>-against-<br>ATTORNEY GENERAL'S OFFICE, ET AL.,<br>Defendants. | 26 CIVIL 004852 (LTS)<br>**CIVIL JUDGMENT** |

For the reasons stated in the July 17, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: July 23, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge